**SULAIMAN LAW GROUP, LTD.**
Alejandro E. Figueroa (State Bar No. 332132)
2500 South Highland Avenue, Suite 200
Lombard, IL 60148
Telephone: (630) 575- 8181
Facismile: (630) 575-8188
Email: alejandrof@sulaimanlaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONIA MILEY MEYERS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PROFESSIONAL DEBT MEDIATION, INC.,<br><br>　　　　Defendant. | Case No. 2:21-cv-02200-MCE-JDP<br><br>**ORDER** |

Plaintiff, Tonia Miley Meyers, and Defendant, Professional Debt Mediation, Inc., by and through their counsel, having filed with this Court their Stipulation to Extend Professional Debt Mediations, Inc.'s Time to Respond to Initial Complaint and the Court having reviewed same, hereby ORDERED.

1. Defendant shall have to and including, January 10, 2022, to file an Answer or otherwise plead to Plaintiff's Complaint.

IT IS SO ORDERED.

Dated:  January 7, 2022

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

1